IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02652-BNB

SONJA PALMER,

    Plaintiff,

v.

CONVERGYS,

    Defendant.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 03 2010

GREGORY C. LANGHAM
                        CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 3, 2010, at Denver, Colorado.

                                      BY THE COURT:

                                      s/ Boyd N. Boland
                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02652-BNB

Sonja Palmer
8831 E. Florida Ave.
Denver, CO 80247

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/3/10

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk