IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02652-WJM-BNB

SONJA PALMER,

Plaintiff,

v.

CONVERGYS,

Defendant.

_____

## ORDER
_____

      I am informed that this case has been resolved. Accordingly,

      IT IS ORDERED that on or before **August 11, 2011**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

      Dated July 28, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge